COURT OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO.
2-09-407-CV

 

 

IN
RE PANASONIC CORPORATION                                            RELATOR

OF NORTH AMERICA

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

We have considered the parties= agreed
motion to dismiss without prejudice.  It
is the court=s opinion that the motion should
be granted; therefore, we dismiss this original proceeding.

Relator shall pay all costs of this original
proceeding, for which let execution issue.

PER CURIAM

 

PANEL:  MCCOY, DAUPHINOT, and
GARDNER, JJ.

DELIVERED:  April 6, 2010











     [1]See
Tex. R. App. P. 47.4, 52.8(d).